

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JUAN MERCED KETCHUM, | § | No. 08-22-00114-CR |
| Appellant, | § | Appeal from the |
| v. | § | 441st Judicial District Court |
| THE STATE OF TEXAS, | § | of Midland County, Texas |
| Appellee. | § | (TC# CR56387) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the judgment of conviction should be reformed to reflect the deletion of the imposition of $6,940.00 in attorney's fees. We therefore affirm the judgment of the trial court as reformed. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF NOVEMBER, 2022.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.